

# Fourth Court of Appeals
## San Antonio, Texas

November 16, 2017

No. 04-16-00226-CR

The **STATE** of Texas,
Appellant

v.

Lauro Eduardo **RUIZ**,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR4068
Honorable Andrew Carruthers, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
               Karen Angelini, Justice
               Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice[1]
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice
               Irene Rios, Justice

The court has considered the appellee's motion for en banc reconsideration, and the motion is DENIED.

_____
Patricia O. Alvarez, Justice

---

[1] Dissents to the denial of the motion for en banc reconsideration after consideration of the appellee's motion and the appellant's response.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of November, 2017.



_____

Keith E. Hottle
Clerk of Court